**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-1657**

───────────────

ARTHUR W. MASSEY,

Plaintiff - Appellant,

versus

MECKLENBURG COUNTY DSS; CHRISSIE TARRIER;
CLIFTON ALEXANDER,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CA-01-149-3-V)

───────────────

Submitted: July 12, 2001          Decided: July 19, 2001

───────────────

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Arthur W. Massey, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur W. Massey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. Massey v. Mecklenburg County DSS, No. CA-01-149-3-V (W.D.N.C. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED